**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF | ☐ LA ☒ RS ☐ SA   DATE FILED: 2/4/2025 |
| | CASE NUMBER: 5:25mj37-Duty   ☐ Under Seal |
| | INIT. APP. DATE: 2/6/2025   TIME: 2:00 PM |
| v. | CHARGING DOC: Local Complaint |
| Francisco Javier Abonce-Vargas | DEFENDANT STATUS: In Custody |
| DEFENDANT. | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT |
| | VIOLATION: 8:1326 |
| | COURTSMART/REPORTER: CS-RJ-4 |

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Sheri Pym

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:** Kimberly Carter (Deputy Clerk)   Mitchell Suiman (Assistant U.S. Attorney)   Spanish (Interpreter / Language)

☐ INITIAL APPEARANCE NOT HELD - CONTINUED

☒ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).

☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☒ preliminary hearing OR ☐ removal hearing / Rule 20.

☒ Defendant states true name ☒ is as charged ☐ is _____

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☒ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.

☒ Attorney: Luisa Patricia Tamez   ☐ Retd. ☒ Apptd. ☐ Prev. Apptd. ☒ DFPD ☐ Panel ☐ Poss. Contribution

☐ Ordered (see separate order)   ☐ Special appearance by: _____

☒ Government's request for detention is: ☒ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED

☒ Contested detention hearing is held. ☒ Defendant is ordered: ☒ Permanently Detained ☐ Temporarily Detained (see separate order)

☐ BAIL FIXED AT $ _____   (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case:   ☐ GRANTED   ☐ DENIED

☐ Preliminary Hearing waived.   ☐ Class B Misdemeanor   ☐ Defendant is advised of maximum penalties

☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.

☐ **PO/PSA WARRANT**   ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.

☒ Preliminary Hearing set for 2-20-2025 at ~~11:30 AM~~ 4:30 pm in Riverside

☒ Post-Indictment Arraignment set for 2-25-2025 at ~~8:30 AM~~ 10:00 a.m. in Riverside

☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED   ☐ DENIED

☐ Defendant executed Waiver of Rights.   ☐ Process received.

☐ Court ORDERS defendant Held to Answer to _____ District of _____

  ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
  ☐ Warrant of removal and final commitment are ordered stayed until _____

☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM

☐ Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
☐ Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____

☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ Electronic Release Order issued (if issued using Release Book: Release Order No. _____ ).
☐ Other: _____

**RECEIVED:** ☒ PSA ☐ PROBATION ☒ FINANCIAL ☒ CR-10   ☒ READY   Deputy Clerk Initials: KC

8 minutes

M-5 (10/23)   CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE   Page 1 of 1